Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona   85012-1965
602.277.8996
Fax 602-253-8346
*mail@ch13bk.com*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>JOHN MCLOUGHLIN,<br><br><br><br><br><br>Debtor. | Chapter 13<br><br>Case No. 2-13-bk-14029 DPC<br><br>**TRUSTEE'S MOTION TO DISMISS CASE FOR DELINQUENT PLAN PAYMENTS AND FAILURE TO PROVIDE COPIES OF TAX**<br><br>Deadline:  April 11, 2017 |

Russell Brown, CHAPTER 13 TRUSTEE, pursuant to 11 U.S.C. § 1307(c), moves to dismiss the case. The Debtor has defaulted in plan payments in the amount of **$1,400.00**. Also, the Trustee has not received from the Debtor the Federal and State income tax returns for **2014  and  2015 Business and Personal**.

Pursuant to Local Rule 2084-15, the Court will grant the Trustee's motion unless by **April 11, 2017**, the Debtor:

(1) Brings the Plan payments current and provides copies of the tax returns to the Trustee;

(2) Files a Notice of Conversion to Chapter 7 and serves a copy on the Trustee; or

(3) Files a modified plan containing a motion for a moratorium of the delinquent plan payments or a motion for a moratorium of the delinquent plan payments, and provides a copy of the tax returns to the Trustee.

Rachel Flinn
Russell Brown, Chapter 13 Trustee; 3838 N. Central Ave., Ste. 800, Phoenix, AZ 85012
2017.03.09 11:58:31 -07'00'

A copy of this Motion to Dismiss was mailed or emailed on the below date to:

JOHN MCLOUGHLIN
7235 EAST HAMPTON AVENUE, #110
MESA, AZ   85209


BUNTROCK & GARDNER LAW
2158 N. GILBERT
SUITE 119
MESA, AZ   85203
shane@buntrocklaw.com

*Becky Kahlstorf*

Digitally signed by Becky Kahlstorf
Date: 2017.03.09 16:14:26 -07'00'

B Kahlstorf