# TIFFANY & BOSCO
P.A.

**SEVENTH FLOOR CAMELBACK ESPLANADE II**
**2525 EAST CAMELBACK ROAD**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
ljm@tblaw.com

13-08726

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>John McLoughlin<br><br>    Debtor.<br>_____<br>HSBC Bank USA National Association, as Trustee (The "Trustee") for the holders of Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Series 2007-RAMP1<br><br>    Movant,<br>  vs.<br><br>John McLoughlin, Debtor; Russell Brown, Trustee.<br><br>    Respondents. | No. 2:13-bk-14029-DPC<br><br>Chapter 13<br><br>NOTICE OF FILING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND REQUIREMENT TO FILE<br><br>RE: Real Property Located at<br>2552 East Magnolia Drive<br>Gilbert, AZ 85297 |

    NOTICE IS HEREBY GIVEN that the above Movant has filed a motion requesting relief from the automatic stay, the details of which are as follows:

Movant asserts that there is no equity in the property, which is the subject of the Motion for Relief from Stay, and/or Respondent has not provided Movant with adequate protection with respect to such property. Therefore, Movant is entitled to an Order Lifting Stay with respect to such property.

FURTHER NOTICE IS HEREBY GIVEN that pursuant to Local Bankruptcy Rule 4001 if no objection is filed with the court and a copy served on Movant whose address is:

    HSBC Bank USA National Association, as Trustee (The "Trustee") for the holders of Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Series 2007-RAMP1
    c/o Leonard J. McDonald, Esq.
    Seventh Floor Camelback Esplanade II
    2525 East Camelback Road
    Phoenix, Arizona 85016

WITHIN 14 DAYS of service of the motion, the motion for relief from the automatic stay may be granted without further hearing.

FINALLY, Movant's Counsel certifies that a letter was sent seeking to resolve the issues necessitating the motion, to Debtor's Counsel or the Debtor if the Debtor is without counsel and that after sincere effort the parties have been unable to resolve the matter, and the letter was sent at least seven (7) days prior to the filing of the motion.

DATED this 2nd day of February, 2018.

    TIFFANY & BOSCO, P.A.

    BY /s/ LJM #014228
        Mark S. Bosco
        Leonard J. McDonald
        Attorney for Movant

Copy of the foregoing was
mailed February 2, 2018.

John McLoughlin
7235 E. Hampton
# 106
Mesa, AZ 85209
Debtor

Shane D. Buntrock
Buntrock & Gardner Law, PLLC
2158 N. Gilbert Rd., #119
Mesa, AZ 85203
Attorney for Debtor

| | |
|---|---|
| 1 | Russell Brown |
| 2 | Chapter 13 Trustee |
|   | Suite 800 |
| 3 | 3838 North Central Avenue |
|   | Phoenix, AZ 85012-1965 |
| 4 | Trustee |
| 5 | Elizabeth C. Amorosi |
|   | Office of the U.S. Trustee |
| 6 | 230 N. 1st Avenue, Suite 204 |
| 7 | Phoenix, AZ 85003 |
|   | Attorney for U.S. Trustee |
| 8 | |
|   | By:  Julie Bush |