SO ORDERED.

Dated: February 22, 2018

Daniel P. Collins, Chief Bankruptcy Judge

**TIFFANY & BOSCO**
P.A.
SEVENTH FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
ljm@tblaw.com

13-08726

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>John McLoughlin<br><br>　　　　Debtor.<br>_____<br>HSBC Bank USA National Association, as Trustee (The "Trustee") for the holders of Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Series 2007-RAMP1<br><br>　　　　Movant,<br>vs.<br><br>John McLoughlin, Debtor, Russell Brown, Trustee.<br><br>　　　　Respondents. | No. 2:13-bk-14029-DPC<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #224) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated August 23, 2006 and recorded in the office of the Maricopa County Recorder wherein HSBC Bank USA National Association, as Trustee (The "Trustee") for the holders of Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Series 2007-RAMP1 is the current beneficiary and John McLoughlin has an interest in, further described as:

> That portion of the Northwest quarter of section 15, Township 2 South, Range 6 East of the Gila and Salt River Base and Meridian, Maricopa County, Arizona, described as follows;
>
> COMMENCING at the Northeast corner of the Southwest quarter of the Northwest quarter of said Section 15;
>
> Thence South 00 degrees 13 minutes 56 seconds West along the East line of said Southwest quarter of the Northwest quarter of Section 15, a distance of 80.26 feet to the Northeast corner of the certain parcel of land described in Document No. 98-0901778, records of Maricopa County, Arizona, hereafter referred to as the Archer Parcel;
>
> Thence South 89 degrees 51 minutes 00 seconds West along the North line of said Archer Parcel, a distance of 202.01 feet to the Northwest corner of said Parcel and the TRUE POINT OF BEGINNING;
>
> Thence continuing South 89 degrees 1 minutes 00 seconds West, a distance of 175.00 feet to a point on the East line of certain parcel of land described in Document No. 98-0436565, records of Maricopa County, Arizona hereafter referred to as the Oliver Parcel;
>
> Thence North 00 degrees 13 minutes 56 seconds East along the East line of said Oliver Parcel, a distance of 250.27 feet to the North line of the South 170 feet of the Northwest quarter of the Northwest quarter of said Section 15;
>
> Thence North 89 degrees 51 minutes 00 seconds East along said North line, a distance of 175.00 feet to the Northwest corner of that certain parcel of land described in document No. 99- 0770887, records of Maricopa County, Arizona, hereafter referred to as the Green Parcel;
>
> Thence South 00 degrees 13 minutes 56 seconds West along the West line of said Green Parcel, a distance of 250.27 feet to the TRUE POINT OF BEGINNING.

IT IS FURTHER ORDERED that Movant, its assigns and/or successors in interest its assigns and/or successor in interest is hereby authorized to take whatever state law or contractual rights it may have in the above legally described property, in its discretion.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

**SIGNED AND DATED ABOVE.**