# Notice Recipients

District/Off: 0970–2  User: olmansonk  Date Created: 1/2/2019
Case: 2:13–bk–14029–DPC  Form ID: deffmgmt  Total: 2

**Recipients of Notice of Electronic Filing:**
aty   SHANE D. BUNTROCK   shane@bhglaw.com
                                                                                   TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   JOHN MCLOUGHLIN   7235 E HAMPTON   # 106   MESA, AZ 85209
                                                                                   TOTAL: 1