# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re: Case No.: 2:13–bk–14029–DPC

JOHN MCLOUGHLIN
7235 E HAMPTON
# 106
MESA, AZ 85209
**SSAN:** xxx–xx–4733
**EIN:**

Chapter: 13

Debtor(s)

---

## CERTIFICATE OF ELIGIBILITY FOR CHAPTER 13 DISCHARGE AFTER COMPLETION OF PLAN PAYMENTS

Pursuant to 11 U.S.C § 1328 and Local Rule 2084–26, I certify under penalty of perjury that:

- I am not required by a judicial or administrative order, or by statute, to pay a domestic support obligation (such as child support or spousal maintenance); OR

  I have paid all domestic support obligation amounts payable under such order or statute that were due on or before the date of this Certification (including all amounts due before the bankruptcy petition was filed and provided for by the Chapter 13 plan).

- I did not receive a discharge in a bankruptcy case filed under Chapter 7, 11 or 12 during the four–year period or in a case filed under Chapter 13 during the two–year period preceding the date of the order for relief in this case.

- After the petition was filed in this case, I completed an instructional course concerning personal financial management from an agency approved by the United States Trustee and filed a certificate of completion of such course.

- I have not been convicted of any felony which demonstrates or may demonstrate that the filing of this case was an abuse of Title 11, United States Bankruptcy Code, and there is no proceeding pending in which I may be found guilty of such a felony.

- I do not owe a debt of the kind specified in § 522(q)(1)(B) and there is no proceeding pending in which I may be found liable for such a debt. I have not been convicted of a felony which demonstrates that the filing of this bankruptcy case was an abuse of the provisions of the bankruptcy laws.

**– – – CERTIFICATE OF ELIGIBILITY CONTINUES ON NEXT PAGE – – –**

I declare under penalty of perjury that the foregoing answers are true and correct to the best of my knowledge, information and belief.

Signature of Debtor Date 2/5/19

N/A

Signature of Joint Debtor Date

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.*